# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STANLEY ARISTILDE, | : |
|       Plaintiff, | : |
| | : |
| v. | :   No. 5:26-cv-00339 |
| | : |
| NEW YORK STATE OFFICE OF | : |
| THE COMPTROLLER, *et al.*, | : |
|       Defendants. | : |

## O R D E R

**AND NOW**, this 29th day of January, 2026, upon consideration of the Plaintiff Stanley Aristilde's Motion to Proceed *In Forma Pauperis*, ECF No. 1, and *pro se* Complaint, ECF No. 2, the numerous Motions attached to the Plaintiff's Complaint, ECF No. 2 at 18-37, and for the reasons stated in the Memorandum issued this date, **IT IS ORDERED THAT**:

    1.    The Plaintiff's Motion to Proceed *In Forma Pauperis*, ECF No. 1, is **GRANTED**.

    2.    The Plaintiff's Complaint, ECF No. 2, is **DEEMED** filed.

    3.    The Clerk of Court is **DIRECTED** to add the following Defendants to the docket: (a) 727 North Meadow Street LLC; (b) Norris McLaughlin.

    4.    The Complaint, ECF No. 2, is **DISMISSED with prejudice** as frivolous and for failure to state a claim for the reasons provided in the Court's Memorandum.

    5.    The numerous Motions attached to the Plaintiff's Complaint, ECF No. 2 at 18-37, are all **DENIED**.

    6.    The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge